UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 1 3 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) No. | 4:16CR00017 RWS/DDN |
| ZACHARY SALIH, | ) ) | |
| Defendant. | ) ) ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

### INTRODUCTION

At all times relevant to this indictment, unless otherwise indicated:

1. The defendant, Zachary Salih, operated a fraudulent scheme by electronically obtaining stolen credit card numbers and using the stolen card numbers to purchase items without the credit card holder's consent.

2. To execute the fraudulent scheme, the defendant obtained L.T.'s credit card number. The number was transmitted by means of wire communication to the defendant.

3. Sometime prior to January 8, 2016, the defendant placed an online order for an item or items to be delivered to L.T.'s address in University City, Missouri. The package was delivered on January 8, 2016. The defendant was waiting at L.T.'s home and retrieved the package that was delivered by United Parcel Service of America, Inc. (UPS).

4. On January 4, 2016, the defendant placed an online order at Money Metals Exchange for the delivery of precious metals. The defendant used L.T.'s credit card number to place the order. Money Metals Exchange has a policy of only delivering to the address listed for the credit card holder. The order was delivered by the United States Postal Service to L.T.'s

home in University City, Missouri on January 11, 2016. The defendant was at the address to and signed to pick up the envelope without L.T.'s knowledge.

## COUNT I
### (Wire Fraud)

5. The allegations contained in paragraphs one through four are re-alleged and incorporated as if fully set forth in this paragraph.

6. On or about and between January 1, 2016 and January 11, 2016, both dates being approximate and inclusive, within the Eastern District of Missouri, and elsewhere,

**ZACHARY SALIH,**

devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises, transmitted and caused to be transmitted, by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, to wit: the electronic transfer of L.T.'s credit card number to Money Metals Exhange.

All in violation of Title 18, United States Code, Section 1343.

## COUNT II
### (Mail Fraud)

5. The allegations contained in paragraphs one through four are re-alleged and incorporated as if fully set forth in this paragraph.

6. On or about and between January 4, 2016 and January 11, 2016, both dates being approximate and inclusive, within the Eastern District of Missouri, and elsewhere, defendant

**ZACHARY SALIH,**

for the purpose of executing and attempting to execute a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, did

knowingly cause to be placed in an post office and authorized depository for mail matter, according to the directions thereon, a precious metal, sent and delivered by the Postal Service.

All in violation of Title 18, United States Code, Section 1341.

## COUNT III
### (Aggravated Identity Theft)

9. The allegations contained in paragraphs one through four are re-alleged and incorporated as if fully set forth in this paragraph.

10. On or about January 4, 2015, within the Eastern District of Missouri, and elsewhere, the defendant,

**ZACHARY SALIH,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name of L.T., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, wire fraud in violation of Title 18, United States Code, Section 1343, charged in Count I of this Indictment.

All in violation of Title 18, United States Code, Sections 1028A(a)(1).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

11. Pursuant to Title 18, United States Code, 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1343 and 1341 as set forth in Counts I and II of this Indictment, the defendants shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

12. Money Judgment: Subject to forfeiture upon a conviction of Counts I and II is a sum of money equal to the total value of property, real or personal, constituting or derived from any proceeds traceable to such violation.

13. If any of the property described above, as a result of any act or omission of the defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney